COPY

1

```
 1    UNITED STATES DISTRICT      :   DISTRICT OF CONNECTICUT
      COURT
 2                               :

      MUSCO PROPANE, LLP          :   NO:  3:10-CV-1400(JCH)
 3                               :

      VS.                         :
 4                               :

      TOWN OF WOLCOTT, TOWN OF    :   OCTOBER 26, 2011
 5    WOLCOTT PLANNING AND
      ZONING COMMISSION, TOWN OF
 6    WOLCOTT ZONING BOARD OF
      APPEALS, MAYOR THOMAS G.
 7    DUNN, DAID KALINOWSKI,
      RAYMOND MAHONEY, SAMUEL
 8    ZOTTO, PETER CARMODY,
      CATHE SHERMAN, WILLIAM
 9    OLMSTEAD, STEVEN GRANT,
      BRETT MUCCINO, PAUL
10    MAZUREK AND JOHN JONES

11

12               DEPOSITION OF RANDY PETRONIRO

13            ON BEHALF OF MUSCO PROPANE, LLP

14    A P P E A R A N C E S:

15            For the Plaintiff:
              YAMIN & GRANT, LLC
16            Attorneys at Law
              83 Bank Street
17            Waterbury, Connecticut 06702
                 BY: ERIC M. GRANT, ESQUIRE
18
              For the Defendants:
19            ROSE KALLOR, LLP
              Attorneys at Law
20            750 Main Street
              Suite 606
21            Hartford, Connecticut 06103
                 BY: MELINDA A. POWELL, ESQUIRE
22

23               Jody G. Frink, CMR, LSR
              Connecticut License No. 00183
24

25               NIZIANKIEWICZ & MILLER
                 REPORTING SERVICES
                 (860) 291-9191
```

2

1                    Deposition of Randy Petroniro on

2     Behalf of Musco Propane, LLP, the Plaintiff in the

3     above-entitled action, taken at the request of the

4     Defendants pursuant to the Rules of Practice, on Wednesday,

5     October 26, 2011, commencing at 10:27 a.m., before Jody G.

6     Frink, a Notary Public qualified by law to administer

7     oaths, at the Law Offices of Rose Kallor, LLP, Attorneys at

8     Law, 750 Main Street, Suite 606, Hartford, Connecticut

9     06103.

10

11

12

13

14

15                    S T I P U L A T I O N S

16

17

18                    It was stipulated and agreed by counsel

19    that all formalities in connection with the taking of the

20    deposition, including time, place and sufficiency of

21    notice, were complied with; that the qualifications of the

22    Notary Public were waived; that all objections except as to

23    form were reserved to the time of trial.

24

25

3

1    R A N D Y   P E T R O N I R O,  on behalf of

2    M U S C O     P R O P A N E,  L L P,

3

4                    The Plaintiff herein, having

5                    Been first duly cautioned and

6                    Sworn by Jody G. Frink, a

7                    Notary Public commissioned and

8                    Qualified within and for the

9                    State of Connecticut, deposed

10                   And testified as follows:

11

12                        (Whereupon, Defendants' Deposition

13       Exhibit 1 was pre-marked.)

14

15   DIRECT EXAMINATION BY MS. POWELL:

16       Q    Hi, Mr. Petroniro.

17       A.   Good morning.

18       Q    We've met on several occasions, you know my

19   name is Melinda Powell, and I represent all the defendants

20   in this action; right?

21       A.   Correct.

22       Q    We're here today to take the deposition of

23   Musco Propane, LLP, the plaintiff in this case on the

24   damages claims that are being made; do you understand that?

25       A.   Yes.

44

1    Southington, does LP Transport bring it to you from them

2    too?

3           A.    Yes.

4           Q     Okay.  Do you ever send your own trucks to

5    Southington to pick some up to deliver?

6           A.    No.  Not allowed.

7           Q     Is that because they have to put it into the

8    big tanker trucks?

9           A.    Um hum.  It comes off the rails.  Off the rail

10   car.

11          Q     Got it.

12          A.    Selkirk the same.  Not allowed.

13          Q     Got it.  Okay, so in 2003 or thereabouts, you

14   bought the Sterling propane truck; right?

15          A.    Correct.

16          Q     And --

17          A.    It could have been 2000, 2003, I don't know

18   specifically.

19          Q     Okay.  And back then, you didn't have a thirty

20   thousand gallon storage tank on the property; right?

21          A.    Correct.

22          Q     So where did you get the propane from?

23          A.    Nutmeg Propane.

24          Q     In North Haven?

25          A.    North Haven.

45

1        Q    And when did you stop getting the propane from

2    them?

3        A    After we installed a thirty thousand gallon

4    tank.

5        Q    And do you remember when the thirty thousand

6    gallon tank was installed?

7        A    I believe we started installing it late summer

8    of 2006.

9        Q    Um hum.

10        A    The final installation was done right at the

11    end of December or so.

12        Q    Okay, that's what I'm remembering too.  Like by

13    the first of the year, January 1, 2007, is that when you

14    started delivering to your customers from your own tank?

15        A    That's correct.

16        Q    Do you have more than one propane truck?

17        A    Currently?

18        Q    Um hum.

19        A    We have three.

20        Q    Okay.  And what are their makes and models?

21        A    2002 Sterling Acterra.

22        Q    That's the one we talked about?

23        A    Um hum.  2002 Freightliner.

24        Q    Um hum.

25        A    And 2012 Kenworth.

80

1      A.   To the best of my ability.

2      Q    Okay.  So the companies that you were buying

3  from in 2010.

4      A.   The companies that were buying from me in 2010?

5  Yes.

6      Q    Was the sole -- was the source of the

7  agreement?

8      A.   Yes.

9      Q    Okay.  Then I misunderstood.

10              (Whereupon, Defendants' Deposition

11      Exhibit 4 was marked.)

12  BY MS. POWELL:

13      Q    Okay, I'm going to show you Defendants' Exhibit

14  number 4.  So my understanding of this is it's a quote on a

15  new thirty thousand gallon tank?

16      A.   Um hum.   Yes.

17      Q    Did you have any involvement in obtaining this

18  quote?

19      A.   I hired my consultant, Michael Morrissey.

20      Q    Um hum.

21      A.   And he was the one handling this transaction

22  for us.

23      Q    Okay, so you didn't have any personal

24  conversations with East Coast Utilities?

25      A.   No.

84

1          Q     Do you remember seeing that document before?

2          A.    Yes.

3          Q     And did you find out at some point that the

4     tank had been sold?

5          A.    When we couldn't really -- when the Town was

6     not going to approve our application.

7          Q     The '09 application?

8          A.    Yes.

9          Q     Um hum.

10          A.    They -- Sikorsky was on us to get the tank out

11     of there, they really wanted it done, and when the thirty

12     thousand gallon tank got denied, we had backed out of the

13     deal.  We had to.

14          Q     You remember the '09 application was withdrawn;

15     right?

16          A.    Yes, it was withdrawn, right.

17          Q     So is that what you mean?

18          A.    Yes.

19          Q     When that application was --

20          A.    Yes, that it was withdrawn, yeah.

21          Q     Okay.

22          A.    It was withdrawn because I was told that it

23     would not be approved.

24          Q     Did you have any involvement in estimating the

25     costs to put the Sikorsky tank at your facility in Wolcott?

85

1          A.     Did I do the estimating for bringing a tank in?
2     No, that was Michael Morrissey.
3          Q     Okay.  Did he ever give you any written
4     documentation as to how much he estimated the cost to be?
5          A.     I think he had a proposal or something from
6     East Coast Utilities to evacuate that tank and transport it
7     and store it during the process for us.
8          Q     So you think you did see something written?
9          A.     I believe I did.
10          Q     Now, the tank, the first thirty thousand gallon
11     tank, the one that's there now.
12          A.     Um hum.
13          Q     Where'd you get that from?
14          A.     It came from Alabama.
15          Q     And was it new or used?
16          A.     It was -- it was like a couple of years old.
17          Q     And did you handle all that negotiation?
18          A.     The tank was for sale, they had several tanks
19     at the tank place down in Alabama.
20          Q     Um hum.
21          A.     There was five or six tanks for sale.
22          Q     Um hum.
23          A.     And there were set prices on the tanks and
24     piers and stuff, and we flew down, Dominic Petroniro and
25     Anthony Tata to go look at the tanks.

90

1      sheets.  Do you know how that information was generated and

2      provided to Mr. DeCusati?

3              A.    This -- this information was generated, what we

4      have provided for Mr. DeCusati is that he came and we had a

5      couple of meetings.

6              Q    Um hum.

7              A.    And the way he's calculated all these figures

8      is we've provided him with tax returns.

9              Q    Um hum.

10             A.    Which you have copies of.

11             Q    Yep.

12             A.    We provided him with the general ledger.  We

13     also provided him with the gallon analysis as to what you

14     just saw.

15             Q    Um hum.

16             A.    We also provided him with time periods prior to

17     the cease and desist, after the cease and desist of large

18     account gallons prior to and after that reflect those

19     dates.  I believe it was like March 22nd, '09 to whatever.

20     And then again March 22nd, 2010 to whatever --

21             Q    Um hum.

22             A.    -- the ending dates were.  Provided him that.

23     Income tax returns.  All the gallons, the reports for the

24     large accounts.  Everything he had asked, we provided him

25     with for him to achieve these numbers.

141

1

2      STATE OF CONNECTICUT        :
                                   :    SS
3      COUNTY OF HARTFORD          :

4

5

6

7              I, Jody G. Frink, a Notary Public, do

8      hereby certify:

9                      That Randy Petroniro on behalf of

10     Musco Propane, LLP was by me duly sworn in the

11     within-entitled cause;

12                     That said deposition was reported

13     by me, a Registered Professional Reporter, was thereafter

14     transcribed under my direction and is a true and complete

15     transcription of all testimony given by said witness.

16                     I further certify that I am not a

17     relative, counsel or attorney of any party or otherwise

18     interested in this action.

19                     IN WITNESS WHEREOF, I have

20     hereunto set my hand and seal at Newington, Connecticut

21     this 26th day of October, 2011.

22

23     _____

24
       Notary Public
25     My Commission expires March 31, 2013

```
 1

 2

 3

 4    _____

 5    Randy Petroniro on behalf of Musco Propane, LLP

 6

 7

 8

 9    STATE OF CONNECTICUT    :

10                           :   SS

11    COUNTY OF HARTFORD      :

12

13              On the 26th day of October, 2011, before me,

14    the undersigned Notary Public, personally appeared Randy

15    Petroniro on behalf of Musco Propane, LLP to me known to

16    be the person who has subscribed to and executed the

17    foregoing deposition after having read and corrected it

18    in every particular desired manner, and acknowledged

19    that he executed the same as his free act and deed.

20

21

22    _____

23    Notary Public

24    My Commission expires:

25
```