# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2010, or tax year beginning _____, 2010, ending _____, 20 ___.
► See separate instructions.

OMB No. 1545-0099

**2010**

| | | |
|---|---|---|
| A  Principal business activity: SERVICE | Name of partnership: MUSCO FUEL AND HEATING L.L.C. | D  Employer identification number: 06-1181638 |
| B  Principal product or service: FUEL | Number, street, and room or suite number. If a P.O. box, see the instructions. 585 WOLCOTT ROAD | E  Date business started: 10/20/86 |
| C  Business code number: 454311 | City or town: WOLCOTT   State: CT   ZIP code: 06716 | F  Total assets (see instrs): $ 602,868. |

Print or type.

G  Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return  (6) ☐ Technical termination — also check (1) or (2)

H  Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ► _____

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

J  Check if Schedules C and M-3 are attached ................................................ ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| | | |
|---|---|---|
| 1a Gross receipts or sales | 1a  2,396,282. | |
| b Less returns and allowances | 1b  1,805. | 1c  2,394,477. |
| 2 Cost of goods sold (Schedule A, line 8) | | 2  2,051,468. |
| 3 Gross profit. Subtract line 2 from line 1c | | 3  343,009. |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 |
| 7 Other income (loss) (attach statement)    insurance refund | | 7  1,588. |
| 8 Total income (loss). Combine lines 3 through 7 | | 8  344,597. |

## Deductions (SEE INSTRUCTIONS FOR LIMITATIONS)

| | | |
|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | | 9  464,152. |
| 10 Guaranteed payments to partners | | 10 |
| 11 Repairs and maintenance | | 11  15,537. |
| 12 Bad debts | | 12 |
| 13 Rent | | 13 |
| 14 Taxes and licenses | | 14  59,849. |
| 15 Interest | | 15  49. |
| 16a Depreciation (if required, attach Form 4562) | 16a | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c |
| 17 Depletion (Do not deduct oil and gas depletion.) | | 17 |
| 18 Retirement plans, etc | | 18 |
| 19 Employee benefit programs | | 19  6,530. |
| 20 Other deductions (attach statement)  * STMT | | 20  194,450. |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21  740,567. |
| 22 Ordinary business income (loss). Subtract line 21 from line 8 | | 22  -395,970. |

*(Stamped: COPY)*

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► Signature of general partner or limited liability company member manager    ► Date

May the IRS discuss this return with the preparer shown below (see instrs)?  ☐ Yes  ☐ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
| Firm's name ► | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   PTPA0112  01/18/11   Form 1065 (2010)


PLAINTIFF'S EXHIBIT

Form 1065 (2010)  MUSCO FUEL AND HEATING L.L.C.                                06-1181638            Page 2

## Schedule A — Cost of Goods Sold (see the instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 25,000. |
| 2 | Purchases less cost of items withdrawn for personal use | 1,910,005. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) ... * STMT | 141,463. |
| 6 | Total. Add lines 1 through 5 | 2,076,468. |
| 7 | Inventory at end of year | 25,000. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 2,051,468. |

9a Check all methods used for valuing closing inventory:
  (i)   [X] Cost as described in Regulations section 1.471-3
  (ii)  [ ] Lower of cost or market as described in Regulations section 1.471-4
  (iii) [ ] Other (specify method used and attach explanation) ▶ _____
 b Check this box if there was a writedown of 'subnormal' goods as described in Regulations section 1.471-2(c) ▶ [ ]
 c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
 d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ...... [ ] Yes [X] No
 e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ...... [ ] Yes [X] No
   If 'Yes,' attach explanation.

## Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a [ ] Domestic general partnership      b [ ] Domestic limited partnership | | |
| | c [X] Domestic limited liability company   d [ ] Domestic limited liability partnership | | |
| | e [ ] Foreign partnership             f [ ] Other ▶ _____ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If 'Yes,' attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PTPA0112  01/18/11                                                              Form 1065 (2010)

Form 1065 (2010) MUSCO FUEL AND HEATING L.L.C.                                06-1181638          Page 3

| | Yes | No |
|---|---|---|
| 5  Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6  Does this partnership satisfy **all four** of the following conditions? | | |
| a The partnership's total receipts for the tax year were less than $250,000. | | |
| b The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d The partnership is not filing and is not required to file Schedule M-3 | | X |
| If 'Yes,' the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7  Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8  During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9  Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10  At any time during calendar year 2010, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If 'Yes,' enter the name of the foreign country. ► | | X |
| 11  At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If 'Yes,' the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| See instructions for details regarding section 754 election. | | |
| b Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If 'Yes,' attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13  Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than entities wholly-owned by the partnership throughout the tax year) ► ☐ | | |
| 14  At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in a partnership property? | | X |
| 15  If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ► | | |
| 16  Does the partnership have any foreign partners? If 'Yes,' enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ► | | X |
| 17  Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ► | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ► RANDY T PETRONIRO         Identifying number of TMP ►

If the TMP is an entity, name of TMP representative ►         Phone number of TMP ►

Address of designated TMP ► 585 WOLCOTT ST.
WOLCOTT, CT 06716

Form 1065 (2010)

Form 1065 (2010)  MUSCO FUEL AND HEATING L.L.C.   06-1181638   Page 4

## Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | 1  Ordinary business income (loss) (page 1, line 22) | 1  -395,970. |
| | 2  Net rental real estate income (loss) (attach Form 8825) | 2 |
| | 3a Other gross rental income (loss) .................. 3a | |
| | b Expenses from other rental activities (attach stmt) ... 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c |
| | 4  Guaranteed payments | 4 |
| | 5  Interest income | 5  759. |
| | 6  Dividends: a Ordinary dividends | 6a |
| | b Qualified dividends ....................... 6b | |
| | 7  Royalties | 7 |
| | 8  Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a |
| | b Collectibles (28%) gain (loss) .................. 9b | |
| | c Unrecaptured section 1250 gain (attach statement) ... 9c | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 |
| | 11 Other income (loss) (see instructions)   Type ► | 11 |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 |
| | 13a Contributions | 13a |
| | b Investment interest expense | 13b |
| | c Section 59(e)(2) expenditures: (1) Type ► _____   (2) Amount ► | 13c(2) |
| | d Other deductions (see instructions)  Type ► | 13d |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a  -395,970. |
| | b Gross farming or fishing income | 14b |
| | c Gross nonfarm income | 14c  344,597. |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a |
| | b Low-income housing credit (other) | 15b |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c |
| | d Other rental real estate credits (see instructions) . Type ► | 15d |
| | e Other rental credits (see instructions) ............ Type ► | 15e |
| | f Other credits (see instructions) ................. Type ► | 15f |
| **Foreign Transactions** | 16a Name of country or U.S. possession ► | |
| | b Gross income from all sources | 16b |
| | c Gross income sourced at partner level | 16c |
| | Foreign gross income sourced at partnership level | |
| | d Passive category ► ____  e General category ► ____  f Other ► | 16f |
| | Deductions allocated and apportioned at partner level | |
| | g Interest expense ► ____   h Other | 16h |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | i Passive category ► ____  j General category ► ____  k Other ► | 16k |
| | l Total foreign taxes (check one): ► Paid ☐  Accrued ☐ | 16l |
| | m Reduction in taxes available for credit (attach statement) | 16m |
| | n Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a |
| | b Adjusted gain or loss | 17b |
| | c Depletion (other than oil and gas) | 17c |
| | d Oil, gas, and geothermal properties — gross income | 17d |
| | e Oil, gas, and geothermal properties — deductions | 17e |
| | f Other AMT items (attach stmt) | 17f |
| **Other Information** | 18a Tax-exempt interest income | 18a |
| | b Other tax-exempt income | 18b |
| | c Nondeductible expenses | 18c |
| | 19a Distributions of cash and marketable securities | 19a  52,000. |
| | b Distributions of other property | 19b |
| | 20a Investment income | 20a  759. |
| | b Investment expenses | 20b |
| | c Other items and amounts (attach stmt) | |

BAA   Form 1065 (2010)

PTPA0134   06/24/10

Form 1065 (2010)   MUSCO FUEL AND HEATING L.L.C.                           06-1181638         Page 5

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | 1 | -395,211. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | -395,211. | | | | |

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 164,015. | | 297,557. |
| 2a Trade notes and accounts receivable | 369,410. | | 280,311. | |
| b Less allowance for bad debts | | 369,410. | | 280,311. |
| 3 Inventories | | 25,000. | | 25,000. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach stmt) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach stmt) | | | | 602,868. |
| 14 Total assets | | 558,425. | | |

| Liabilities and Capital | | | | |
|---|---|---|---|---|
| 15 Accounts payable | | 7,576. | | 3,460. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 458,022. | | 439,701. |
| 17 Other current liabilities (attach stmt) .. Ln.17.Stmt | | 581,196. | | 486,544. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 277,822. | | 488,821. |
| 20 Other liabilities (attach stmt) | | | | |
| 21 Partners' capital accounts | | -766,191. | | -815,658. |
| 22 Total liabilities and capital | | 558,425. | | 602,868. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -395,211. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):<br>a Tax-exempt interest ... $ _____ | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | | |
| 3 | Guaranteed pmts (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):<br>a Depreciation ..... $ _____ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):<br>a Depreciation ...... $ _____<br>b Travel and entertainment ..... $ _____ | | 8 | Add lines 6 and 7 | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -395,211. |
| 5 | Add lines 1 through 4 | -395,211. | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -766,191. | 6 | Distributions: a Cash | 52,000. |
| 2 | Capital contributed: a Cash | 397,744. | | b Property | |
| | b Property | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books | -395,211. | | | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 | 52,000. |
| 5 | Add lines 1 through 4 | -763,658. | 9 | Balance at end of year. Subtract line 8 from line 5 | -815,658. |

PTPA0134  06/24/10                                                              Form 1065 (2010)

| SCHEDULE B-1 (Form 1065) (December 2009) Department of the Treasury Internal Revenue Service | Information on Partners Owning 50% or More of the Partnership ► Attach to Form 1065. See instructions. | OMB No. 1545-0099 |
|---|---|---|
| Name of partnership MUSCO FUEL AND HEATING L.L.C. | | Employer identification number (EIN) 06-1181638 |

**Part I** Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| DOMENIC P PETRONIRO | | United States | 50.0000 |
| RANDY T PETRONIRO | | United States | 50.0000 |
| | | | |
| | | | |
| | | | |
| | | | |

BAA For Paperwork Reduction Act Notice, see the instructions for Form 1065.   Cat. No. 49842K   Schedule B-1 (Form 1065) (12-2009)

PTPA1301   02/21/11

651110

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1 (Form 1065)** 2010
Department of the Treasury
Internal Revenue Service
For calendar year 2010, or tax
year beginning _____, 2010
ending _____,

## Partner's Share of Income, Deductions, Credits, etc.
► See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
06-1181638

**B** Partnership's name, address, city, state, and ZIP code
MUSCO FUEL AND HEATING L.L.C.
585 WOLCOTT ROAD
WOLCOTT, CT 06716

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code
DOMENIC P PETRONIRO

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse ................ $
Qualified nonrecourse financing ........ $ 709,263.
Recourse .................. $

**L** Partner's capital account analysis:
Beginning capital account ............ $ -409,140.
Capital contributed during the year ..... $ 198,872.
Current year increase (decrease) ....... $ -197,605.
Withdrawals and distributions .......... $ 52,000.
Ending capital account ............... $ -459,873.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If 'Yes', attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -197,985. | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | |
| 5 | Interest income  379. | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | |
| 12 | Section 179 deduction | 19 | Distributions  A  52,000. | |
| 13 | Other deductions | 20 | Other information  A  379. | |
| 14 | Self-employment earnings (loss)  A  -197,985.  C  172,298. | | | |

*See attached statement for additional information.

*FOR IRS USE ONLY*

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1065.
Schedule K-1 (Form 1065) 2010
PTPA0312   01/25/11

Schedule K-1 (Form 1065) 2010   DOMENIC P PETRONIRO                         06-1181638          Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| Box | Item | Report on |
|---|---|---|
| 1 | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | Net rental real estate income (loss) | See the Partner's Instructions |
| 3 | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4 | Guaranteed payments | Schedule E, line 28, column (j) |
| 5 | Interest income | Form 1040, line 8a |
| 6a | Ordinary dividends | Form 1040, line 9a |
| 6b | Qualified dividends | Form 1040, line 9b |
| 7 | Royalties | Schedule E, line 4 |
| 8 | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| 9a | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| 9b | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10 | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11 | Other income (loss) | |
| | Code | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12 | Section 179 deduction | See the Partner's Instructions |
| 13 | Other deductions | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | See the Partner's Instructions |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions — royalty income | Schedule E, line 18 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions — portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 Instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |
| 14 | Self-employment earnings (loss) | |

Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15 | Credits | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| | B Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 71; check box a |
| | I Alcohol and cellulosic biofuel fuels credit | Form 6478, line 8 |
| | J Work opportunity credit | Form 5884, line 3 |
| | K Disabled access credit | See the Partner's Instructions |
| | L Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | M Credit for increasing research activities | See the Partner's Instructions |
| | N Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O Backup withholding | Form 1040, line 61 |
| | P Other credits | See the Partner's Instructions |
| 16 | Foreign transactions | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | Deductions allocated and apportioned at partner level | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | Other information | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| 17 | Alternative minimum tax (AMT) items | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C Depletion (other than oil & gas) | |
| | D Oil, gas, & geothermal — gross income | |
| | E Oil, gas, & geothermal — deductions | |
| | F Other AMT items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| 19 | Distributions | |
| | A Cash and marketable securities | |
| | B Distribution subject to section 737 | See the Partner's Instructions |
| | C Other property | |
| 20 | Other information | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest — completed long-term contracts | See Form 8697 |
| | K Look-back interest — income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | |
| | Q Section 1260(b) information | See the Partner's Instructions |
| | R Interest allocable to production expenditures | |
| | S CCF nonqualified withdrawals | |
| | T Depletion information — oil and gas | |
| | U Amortization of reforestation costs | |
| | V Unrelated business taxable income | |
| | W Precontribution gain (loss) | |
| | X Section 108(i) information | |
| | Y Other information | |

PTPA0312   01/25/11          Schedule K-1 (Form 1065) 2010

MUSCO FUEL AND HEATING L.L.C.   06-1181638                                                                1

Schedule K-1 (DOMENIC P PETRONIRO), Supplemental Information
**Supplemental Information**

| ITEM L (C) - CAPITAL ACCOUNT ADJUSTMENTS: | |
|---|---:|
| ORDINARY INCOME (LOSS) | -197,985. |
| INTEREST | 379. |
| ROUNDING | 1. |
| TOTAL | -197,605. |

This Schedule K-1 is from an Eligible Small Business.

651110
OMB No. 1545-0099

| Schedule K-1 (Form 1065) | 2010 For calendar year 2010, or tax year beginning _____, 2010 ending _____, _____ | ☐ Final K-1  ☐ Amended K-1 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.** ➤ See separate instructions.

### Part I — Information About the Partnership

A  Partnership's employer identification number
06-1181638

B  Partnership's name, address, city, state, and ZIP code
MUSCO FUEL AND HEATING L.L.C.
585 WOLCOTT ROAD
WOLCOTT, CT 06716

C  IRS Center where partnership filed return
CINCINNATI, OH

D  ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

E  _____ g number

F  Partner's name, address, city, state, and ZIP code
RANDY T PETRONIRO

G  ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

H  ☒ Domestic partner   ☐ Foreign partner

I  What type of entity is this partner? INDIVIDUAL

J  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.00000 % | 50.00000 % |
| Loss | 50.00000 % | 50.00000 % |
| Capital | 50.00000 % | 50.00000 % |

Partner's share of liabilities at year end:
Nonrecourse ............................ $
Qualified nonrecourse financing ........ $ 709,263.
Recourse .............................. $

Partner's capital account analysis:
Beginning capital account ............. $ -357,051.
Capital contributed during the year ... $ 198,872.
Current year increase (decrease) ...... $ -197,606.
Withdrawals and distributions ......... $
Ending capital account ................ $ -355,785.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) -197,985. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income  380. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | 20 | Other information |
|    |                                  |    | A  380. |
| 14 | Self-employment earnings (loss) | | |
| A  | -197,985. | | |
| C  | 172,299. | | |

*See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2010
PTPA0312  01/25/11

Schedule K-1 (Form 1065) 2010   RANDY T PETRONIRO                              06-1181638           Page 2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| Code | | Report on |
|---|---|---|
| 1 | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | | Report on |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | Net rental real estate income (loss) | See the Partner's Instructions |
| 3 | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4 | Guaranteed payments | Schedule E, line 28, column (j) |
| 5 | Interest income | Form 1040, line 8a |
| 6a | Ordinary dividends | Form 1040, line 9a |
| 6b | Qualified dividends | Form 1040, line 9b |
| 7 | Royalties | Schedule E, line 4 |
| 8 | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| 9a | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| 9b | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10 | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11 | Other income (loss) | |
| | Code | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Section 1256 contracts and straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12 | Section 179 deduction | See the Partner's Instructions |
| 13 | Other deductions | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | See the Partner's Instructions |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions — royalty income | Schedule E, line 18 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions — portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 Instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |
| 14 | Self-employment earnings (loss) | |
| | Note. If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15 | Credits | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | See the Partner's Instructions |
| | B Low-income housing credit (other) from pre-2008 buildings | See the Partner's Instructions |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | Form 8586, line 11 |
| | D Low-income housing credit (other) from post-2007 buildings | Form 8586, line 11 |
| | E Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 71; check box a |
| | I Alcohol and cellulosic biofuel fuels credit | Form 6478, line 8 |
| | J Work opportunity credit | Form 5884, line 3 |
| | K Disabled access credit | See the Partner's Instructions |
| | L Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | M Credit for increasing research activities | See the Partner's Instructions |
| | N Credit for employer social security and Medicare taxes | Form 8846, line 5 |
| | O Backup withholding | Form 1040, line 61 |
| | P Other credits | See the Partner's Instructions |
| 16 | Foreign transactions | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | Deductions allocated and apportioned at partner level | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | Other information | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| 17 | Alternative minimum tax (AMT) items | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | C Depletion (other than oil & gas) | |
| | D Oil, gas, & geothermal — gross income | |
| | E Oil, gas, & geothermal — deductions | |
| | F Other AMT items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| 19 | Distributions | |
| | A Cash and marketable securities | |
| | B Distribution subject to section 737 | See the Partner's Instructions |
| | C Other property | |
| 20 | Other information | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest — completed long-term contracts | See Form 8697 |
| | K Look-back interest — income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | |
| | Q Section 1260(b) information | See the Partner's Instructions |
| | R Interest allocable to production expenditures | |
| | S CCF nonqualified withdrawals | |
| | T Depletion information — oil and gas | |
| | U Amortization of reforestation costs | |
| | V Unrelated business taxable income | |
| | W Precontribution gain (loss) | |
| | X Section 108(i) information | |
| | Y Other information | |

PTPA0312  01/25/11                                              Schedule K-1 (Form 1065) 2010

MUSCO FUEL AND HEATING L.L.C.   06-1181638                                              1

Schedule K-1 (RANDY T PETRONIRO), Supplemental Information
**Supplemental Information**

| ITEM L (C) – CAPITAL ACCOUNT ADJUSTMENTS: | |
|---|---:|
| ORDINARY INCOME (LOSS) | -197,985. |
| INTEREST | 380. |
| ROUNDING | -1. |
| TOTAL | -197,606. |

This Schedule K-1 is from an Eligible Small Business.

MUSCO FUEL AND HEATING L.L.C.   06-1181638                                    1

Form 1065, Line 20
Other deductions

| | |
|---|---:|
| ACCOUNTING | 6,340. |
| ADVERTISING | 8,225. |
| BANK CHARGES | 155. |
| CREDIT AND COLLECTION COSTS | 4,169. |
| POSTAGE | 13,278. |
| SECURITY | 6,835. |
| SUPPLIES | 19,250. |
| TELEPHONE | 32,546. |
| TRAVEL | 1,387. |
| UNIFORMS | 4,829. |
| UTILITIES | 10,099. |
| AUTO GAS | 56,980. |
| ANS SERV | 1,631. |
| CLEANING SERVICE | 4,242. |
| CLEANING SUPPLIES | 1,202. |
| DRUG TEST | 800. |
| SECURITY | 681. |
| EFT FEES | 8,064. |
| EMP MED INJ | 210. |
| EMP GIFTS | 644. |
| FILING FEES | 1,429. |
| PAGERS | 1,116. |
| MEDICAL | 4,970. |
| MV REG | 836. |
| SAT SERVICE | 2,639. |
| PERMITS | 576. |
| REFUSE | 1,187. |
| SOFTWARE | 130. |
| Total | 194,450. |

Form 1065, Schedule A, Line 5
Other costs

| | |
|---|---:|
| subcontractors | 47,003. |
| materials | 94,460. |
| Total | 141,463. |

Form 1065, Schedule L, Line 17
Other Current Liabilities

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---:|
| unearned revenue | | 486,544. |
| Total | | 486,544. |